# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

JAMES HENRY DONALDSON

**WARRANT FOR ARREST**

CASE NUMBER: CR 00-14 R 3

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest James Henry Donaldson, 2018 Crane St., Slidell, LA 70460 and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment  ( ) Information  ( ) Complaint  ( ) Order of Court  ( ) Violation Notice  ( ) Probation Violation Petition

charging him or her with violations of the federal controlled substances act

in violation of Title 21, 21 United States Code, Section(s) 841(a)(1), 846

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

Signature of Issuing Officer
*B Bush*
(By) Deputy Clerk

**January 13, 2000   New Orleans, Louisiana**
Date and Location

Bail fixed at $_____ by _____
Name of Judicial Officer

___ Fee
___ Process
X  Dktd
___ CtRmDep
___ Doc. No

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at EDLA |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1-13-2000 | DUSM J. Klonowski | J. Klon |
| DATE OF ARREST 10-20-2000 | | |