IN THE UNITED STATES DISTRICT COURT
FOR THE <u>EASTERN</u> DISTRICT OF LOUISIANA
<u>            </u> DIVISION

U.S. DISTRICT COURT
Eastern District of Louisiana

FILED  FEB 1 1 2008

LORETTA G. WHYTE
Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>VS.<br><br>JAMES HENRY DONALDSON,<br>　　　　Movant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

　　　　　　　　　　　　　　　　CRIM.CASE.NO. <u>00-14 SECTION "R"</u>

MOTION TO REDUCE SENTENCE PURSUANT TO
18 U.S.C. § 3582(c)(2)
CONCERNING CRACK-COCAINE AMENDMENT 706
WHICH WAS AMENDED BY AMENDMENT 711

　　COMES NOW, INTO COURT, <u>JAMES HENRY DONALDSON</u>, a pro-se litigant seeking reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2)(2007).

<u>MR.DONALDSON</u>　　RESPECTFULLY REQUEST THAT THIS Honorable Court give retroactive application to the **CRACK-COCAINE AMENDMENT 706** which was amended by **AMENDMENT 711** under U.S.S.G. § 1B1.10(c) on December 11,2007.

　　<u>MR.DONALDSON</u> respectfully directs this Court's attention to the Memorandum In Support of the instant motion and Articles Of Attachment, as well as to the factual basis set forth therein. The defendant respectfully request that this Court grant his motion and reduce his sentence.

　　Done this <u>3rd day</u> of MARCH 2008.

　　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　*James Donaldson*

TENDERED FOR FILING

FEB 1 1 2008

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

　　　　　　　　　　　　　　　　　　　　　　MR.JAMES H.DONALDSON
　　　　　　　　　　　　　　　　　　　　　　REG# 26945-034
　　　　　　　　　　　　　　　　　　　　　　FEDERAL CORRECTIONAL INST.
　　　　　　　　　　　　　　　　　　　　　　P.O.BOX 5000
　　　　　　　　　　　　　　　　　　　　　　OAKDALE,LA 71463

　　　　　　　　　　　　　　　　　　　　　　___Fee_____
　　　　　　　　　　　　　　　　　　　　　　___Process___
　　　　　　　　　　　　　　　　　　　　　　_X_Dktd_____
　　　　　　　　　　　　　　　　　　　　　　_X_CtRmDep__
　　　　　　　　　　　　　　　　　　　　　　___Doc. No.__

p.1

IN THE UNITED STATES DISTRICT COURT
FOR THE <u>EASTERN</u> DISTRICT OF <u>LOUISIANA</u>
<u>          </u> DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>VS.<br><br>JAMES HENRY DONALDSON,<br>   Movant. | §<br>§<br>§<br>§<br>§ CRIM.CASE.NO. <u>00-14 SECTION "R"</u><br>§<br>§<br>§<br>§<br>§ |

### MEMORANDUM IN SUPPORT OF MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) CONCERNING CRACK-COCAINE AMENDMENT 706 WHICH WAS AMENDED BY AMENDMENT 711

  COMES NOW, INTO COURT, **JAMES HENRY DONALDSON**, a pro-se litigant seeking reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2)(2007). **CRACK-COCAINE AMENDMENT 706**, which was amended by **AMENDMENT 711**, was promulgated by the UNITED STATES SENTENCING COMMISSION on December 11,2007, as one that may be applied retroactively under U.S.S.G. § 1B1.10(c). According to the authority in U.S.S.G. § 1B1.10(a)(1) it states:- In a case in which a defendant is serving a term of imprisonment, and the guideline range applicable to that defendant has subsequently been lowered as a result of an amendment to the Guideline Manuel listed in U.S.S.G. 1B1.10(c), the court may reduce the defendant's term of imprisonment as provided by 18 U.S.C. § 3582(c)(2).

### MOVANT'S BACKGROUND

  **MR.JAMES HENRY DONALDSON**, movant, at the age of twenty-seven (27) was incarcerated on the instant offense. Movant was arrested and charged with 21 U.S.C. § 841(a)(1) and 846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE-BASE"CRACK" and he received a sentence of **151 months/5 years of SUPERVISED RELEASE**. Movant's involvement in illegal narcotics was the direct results of his dependency and addiction. Movant has never been convicted in a FEDERAL COURT, doesn't have an extensive criminal history other than the

priors which occurred when movant was still a Juvenile (age 17), which were consolidated at sentencing. Movant's past history with his addiction for drugs caused movant to make some foolish decisions in life. He has never been incarcerated for an extensive amount of time, and he was on parole once (which he successfully completed. Movant dropped out of school in the 9th grade which caused him to have limited education and employment opportunities. He's the product of a single parent house-hold. He was raised by his mother along with his two siblings, at which, he's the oldest. Movant is the father of seven children and while movant has been incarcerated his mother was one of the providers of his children until her untimely death due to her ill-ness of cancer in 2002, during movant's incarceration. Movant tried turning his life around before this incarceration, and started his on record label. Movant was convicted of the instant offense on October 25, 2000, and sentenced by the HONORABLE JUDGE SARAH S. VANCE and the prosecuting attorney was MR. MAURICE LANDRIEU.

### SUPPORT OF MOTION

Movant request that this Honorable Court take into consideration the UNITED STATES SENTENCING COMMISSIONS criticism of the Powder Cocaine to Crack Cocaine drug sentencing ratio. The Commission has long stated that the current **CRACK GUIDELINES** overstates the seriousness of crack offenses, are too broad, apply mostly to low level offenders, and disproportionately affect African-Americans. And by applying the Crack Amendments to those defendants sentenced before November 1, 2007, was the right thing to do and will increase respect for the guidelines and fairness in the system. Also, I would like the court to take into consideration the recent **SUPREME COURT** decision cited as **UNITED STATES vs. KIMBROUGH** 552 U.S.____(2007), No. 06-6330 in which the Justices ruled that not only are the Drug Guidelines to be considered in an advisory manner, but the entire SENTENCING GUIDELINES are advisory as this was determined in the ruling of **UNITED STATES vs. BOOKER** 543 U.S. 220 (2005).

**KIMBROUGH vs. UNITED STATES (supra),** went on to even say that the court's could take into consideration the disparities in the **POWDER COCAINE : CRACK-COCAINE RATIO.** Movant, in this respect, request that this HONORABLE COURT make the independant assessment --under 18 U.S.C. § 3553(a) and pursuant to the district court's duty under **BOOKER (supra) and RITA 127 S.CT 2465,2468 (2007),** and apply an even more lenient sentence according to the Post-BOOKER advisory guideline scheme, which may be applied according to the ruling in **UNITED STATES vs. HICKS 472 F3d, 1171-1177** which states that **BOOKER (SUPRA)** may be applied to the re-sentencing of defendants.

Movant also request that this court take into consideration that he has been incarcerated over ninety-six months of his original hundred and fifty-one (151) **Pre-Amendment 706**, sentencing. According to calculations, Movant was sentenced at a **BASE OFFENSE LEVEL** of 31 with a Criminal History Category Range of (IV), which placed Movant at the 151-188 months range. The HONORABLE JUDGE SARAH S. VANCE sentenced Movant at the Bottom of the Mandatory Guideline Range. By accessing the new Guideline Range with the 2 level reduction, Movant's new range would be **121-151 months range.** Had this been the range Movant was sentenced to before the new-**AMENDMENT 706** was put into effect, Movant's period of in-carceration, according to the time already served, would have already been expired and just about exceeded if the Court's were to apply the 10% required time inmates receive for the half way house to assist with the Transition from prison to liberty. Movant urges the Court to grant relief and sentence him at the Bottom of Guidelines and release him from the custody of the BUREAU OF PRISONS.

## ARTICLES OF ATTACHMENTS

Movant ask that this Court take into consideration certain attached articles included along with Motion. Movant has taken full advantage of his period of incarceration and efforts at post-conviction rehabilitation. Movant's obtaining of his G.E.D., amongst other things beneficial to his success in society and maintained employment in the Federal PRISON INDUSTRIES, have installed in Movant the characteristics to be a productive tax-payer and apart of the solution that aids in our communities. Attached in this Motion is an EDUCATION DATA TRANSCRIPT that Movant ask the Court to consider in it's analysis of Movant's Motion, along with any and all 18 U.S.C. 3553(a) factors that pertains to him.

In conclusion, Movant, in this instant case, respectfully request that this Court grant his **MOTION FOR REDUCTION OF SENTENCE, PURSUANT TO 18 U.S.C. § 3582(c)(2)**.

Done this <u>3rd</u> day of **March 2008.**

Respectfully,

*James Donaldson*

MR. JAMES H. DONALDSON
REG# 26945-034
FEDERAL CORRECTIONAL INST.
P.O BOX 5000
OAKDALE, LA 71463

## CERTIFICATE OF SERVICE

I, __JAMES HENRY DONALDSON__, DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING MOTION WAS SENT TO THE FOLLOWING:

> MR. MAURICE LANDRIEU
> ASSISTANT U.S. ATTORNEY
> UNITED STATES COURTHOUSE
> 500 POYDRAS
> NEW ORLEANS, LA 70130

RESPECTFULLY,

*James Donaldson*
MR. JAMES H. DONALDSON

SENT, VIA U.S. MAIL, POSTAGE PRE-PAID ON THE __3rd day__ of MARCH 2008.

## ARTICLES OF ATTACHMENTS
### SHOWING THAT MOVANT HAS MADE STEPS TOWARDS
### A SUCCESSFUL OPPORTUNITY AT REHABILITATION

1. COPY OF MOVANT'S EDUCATION DATA TRANSCRIPT
2. COPY OF MOVANT'S MOST RECENT PROGRESS REPORT

```
OAK2J           *       INMATE EDUCATION DATA           *       01-31-2008
PAGE 001 OF 001 *              TRANSCRIPT               *       15:39:45
PEED
REGISTER NO: 26945-034    NAME..: DONALDSON             FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: OAK-OAKDALE FCI
```

```
------------------------------ EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME  STOP DATE/TIME
OAK  ESL HAS    ENGLISH PROFICIENT          01-09-2001 0940  CURRENT
OAK  GED HAS    COMPLETED GED OR HS DIPLOMA 02-28-2001 1337  CURRENT

------------------------------  EDUCATION COURSES    ---------------------------
SUB-FACL   DESCRIPTION                     START DATE  STOP DATE  EVNT  AC  LV  HRS
OAK        INTERVIEW PREP (RP2)            08-25-2007  08-25-2007  P    C   P    2
OAK        BASIC BUSINESS LAW/M-F 6-8 PM   08-22-2007  08-22-2007  P    C   P    2
OAK        HOW TO STUDY (RP6)              08-15-2007  08-15-2007  P    C   P    2
OAK        OFFICE PROCEDURES (RP2)         07-31-2007  07-31-2007  P    C   P    2
OAK        YOUR CREDIT RECORD (RP3)        07-28-2007  07-28-2007  P    C   P    2
BMM        ANALYSIS & RESEARCH             03-09-2002  04-23-2002  P    C   P   16
BMM        ENTREPRENEUR CLASS              09-26-2001  11-14-2001  P    C   P   16
BMM        ACE BUSINESS CLASS              09-25-2001  11-14-2001  P    C   P   32
BMM        BEG. LEATHER CLASS, SAT 1-3 PM  09-15-2001  11-07-2001  P    C   P   16
BMM        DRUG ABUSE EDUCATION COURSE     05-09-2001  06-26-2001  P    C   P   40
BMM        ACE MATHEMATICS CLASS           02-24-2001  04-14-2001  P    C   P   16
BMM        ACE SPANISH LEVEL 1             02-21-2001  04-14-2001  P    C   P   32
BMM        ACE LEGAL RESEARCH              02-20-2001  04-14-2001  P    C   P   32




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

```
OAK2L              *       PROGRAM REVIEW REPORT        *       08-01-2007
PAGE 001                                                         09:03:53

INSTITUTION: OAK   OAKDALE FCI

NAME.......: DONALDSON, JAMES HENRY              REG. NO: 26945-034
RESIDENCE..: SLIDELL, LA 70448

TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW
NEXT REVIEW DATE....:         02/2008

PROJ. RELEASE DATE..: 01-01-2011    RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE          HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW:  02/2008     DETAINERS (Y/N): N

CIM STATUS (Y/N)....: Y       IF YES, RECONCILED (Y/N): yes

PENDING CHARGES.....: None


OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)....: yes

    IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

CATEGORY     - - - - - -    CURRENT ASSIGNMENT - - - - - -   EFF DATE      TIME

CMA          PROG RPT       NEXT PROGRESS REPORT DUE DATE    06-22-2008    2047
CMA          RPP PART       RELEASE PREP PGM PARTICIPATES    02-09-2005    1810
CMA          V94 CDA913     V94 CURR DRG TRAF ON/AFT 91394   01-03-2001    1021
CMA          V94 PV5        V94 PAST VIOL-NO NOTIF HSED5TH   06-09-2002    1504
CUS          IN             IN CUSTODY                       02-13-2006    0821
DRG          DRG E COMP     DRUG EDUCATION COMPLETED         06-26-2001    1246
DRG          DRG I RQ J     DRG INTRV REQD: JUD RECOMMEND    01-03-2001    1018
EDI          ESL HAS        ENGLISH PROFICIENT               01-09-2001    0940
EDI          GED HAS        COMPLETED GED OR HS DIPLOMA      02-28-2001    1337
FRP          COMPLT         FINANC RESP-COMPLETED            09-09-2003    0926
LEV          LOW            SECURITY CLASSIFICATION LOW      08-30-2006    1206
MDS          REG DUTY       NO MEDICAL RESTR--REGULAR DUTY   01-03-2001    0800
MDS          YES F/S        CLEARED FOR FOOD SERVICE         01-03-2001    0800
QTR          P04-232L       HOUSE P/RANGE 04/BED 232L        01-25-2005    0931
RLG          NATION         NATION OF ISLAM                  09-14-2001    1558
WRK          IND SHIRT2     INDUSTRY SHIRTS                  05-15-2007    0001

WORK PERFORMANCE RATING:   Good
```

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: never received an I/R

FRP PLAN/PROGRESS:   TRUST FUND DEPOSITS PAST 6 MO: $ 2,884.99 bal $1,170.40
FRP PAYMENTS PAST 6 MO: $ /        OBLG BALANCE: $ /
CURRENT FRP PLAN: $ /        PAYMENTS COMMENSURATE: YES ___ / NO ___

```
OAK2L              *        PROGRAM REVIEW REPORT              *        08-01-2007
PAGE 002                                                                09:03:53
```

IF NO, NEW PAYMENT PLAN: Completed payment of financial obligation

RELEASE PREPARATION PARTICIPATION: RPP Past Completed Personal Growth

CCC RECOMMENDATION: not within 13-11 month range

PROGRESS MADE SINCE LAST REVIEW: Maintained Clear Conduct

GOALS FOR NEXT PROGRAM REVIEW MEETING:

Continue work assignment

Maintain clear conduct

Complete one ACE class

Participate in recreation - exercise and read books, study

LONG TERM GOALS:

Save money for release needs $5 per month


```
OAK2L            *         PROGRAM REVIEW REPORT        *      08-01-2007
PAGE 003 OF 003                                                09:03:53
```

OTHER INMATE REQUESTS/TEAM ACTIONS:

discussed camp placement

_____

_____

_____

_____

SIGNATURES:

CHAIRPERSON: _Carra Hfmiller_   INMATE: _James Donaldson_

DATE: _8-2-07_   DATE: _8-2-07_

