Prob12
Rev(3/88)

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Louisiana

U.S.A. vs. JAMES HENRY DONALDSON    Docket No. 053L 2:00CR00014-001R

## Petition on Probation and Supervised Release

COMES NOW , PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of James Henry Donaldson, who was placed on supervision by the Honorable Sarah S. Vance sitting in the Court at New Orleans, Louisiana, on October 25, 2000, who fixed the period of supervision at five years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. Participate in the orientation and life skills program
2. Financial disclosure condition
3. Participate in the drug testing/treatment program

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(if short insert here; if lengthy write on separate sheet and attach)

James Donaldson was arrested on October 29, 2009 by personnel of the St. Tammany Parish Sheriff's Office and charged with possession with intent to distribute cocaine, possession of drug paraphernalia, and violation of a controlled dangerous substance within 1000 feet of a school. On May 27, 2010, he was found guilty of possession with intent to distribute cocaine in the 22nd Judicial District Court, under Docket Number 481,768. On December 13, 2010, after being billed as a multiple offender, he was sentenced to life in prison without the benefit of probation, parole, or suspension of sentence with the Department of Corrections.

PRAYING THAT THE COURT WILL ORDER   James Donaldson's supervised release be terminated unsatisfactorily.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this _____ day of February, 2011, and ordered filed and made a part of the records in the above case. | *Constance B. White* (signature) |
| | Constance B. White |
| | U.S. Probation Officer |
| | 985-542-6317 |
| *Sarah Vance* (signature) | |
| Sarah S. Vance | Place: New Orleans, Louisiana |
| Chief U. S. District Judge | Date: February 16, 2011 |

Original  - Clerk's Office
1 Copy    - U.S. Marshal
1 Copy    - U.S. Attorney
2 Copies  - U.S. Probation

FILED 2011 FEB 23 AM 7:47 LORETTA G. WHYTE CLERK U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The term of supervised release be terminated unsatisfactorily on ~~November 10, 2010~~. December 13, 2010 CBW

Witness: _Constance B. White_
Constance B. White
U.S. Probation Officer

Signed: _James Henry Donaldson_
James Henry Donaldson
Probationer or Supervised Releasee

December 13, 2010
DATE